■ In the Matter of SANTIA FF., a Person Alleged to be a Juvenile Delinquent, Appellant. ROBERT A. SMITH, as Rensselaer County Attorney, Respondent. [609 NYS2d 867] —Appeal from an order of the Family Court of Rensselaer County (Hummel, J.), entered June 18, 1993, which granted petitioner's application, in a proceeding pursuant to Family Court Act article 3, to adjudicate respondent a juvenile delinquent.

By entering her plea of guilty, respondent forfeited any argument concerning a deprivation of her statutory right to a speedy trial. In reaching this conclusion, we note that respondent has not challenged the plea allocution regarding the knowing and voluntary nature of her plea.

Mikoll, J. P., White, Casey and Yesawich Jr., JJ., concur. Ordered that the order is affirmed, without costs.

■ In the Matter of the Claim of EDGAR B. HUTCHESON, Respondent, v TRINITY TOOL & DIE et al., Appellants. WORKERS' COMPENSATION BOARD, Respondent. [609 NYS2d 868] —Appeal from a decision of the Workers' Compensation Board, filed December 17, 1992, which, *inter alia,* modified a prior decision ruling that claimant did not sustain a causally related injury to his back.

The Board initially ruled that claimant's back injury was not causally related to his employment. The employer now appeals from a decision of the Board which rescinded the prior decision and restored the case to the trial calendar for further development of the record, contending that the Board's decision is not supported by substantial evidence. We find that, because the decision neither decided all substantive issues nor involved a threshold legal issue, it is nonappealable.

Mikoll, J. P., Mercure, Crew III and Yesawich Jr., JJ., concur. Ordered that the appeal is dismissed, without costs.